UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Abraham Embaye, | File No. 19-cv-2794 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Elizabeth Scoggin, | |
| Defendant. | |

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on January 30, 2020. ECF No. 6. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 6] is **ACCEPTED**;

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees [ECF No. 2] is **DENIED AS MOOT**.


Dated: March 27, 2020       s/ Eric C. Tostrud
                            Eric C. Tostrud
                            United States District Court